**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 11 MM 2021

                Respondent   :

                      v.   :

RAYMOND FRANKLIN PEAKE, III,   :

                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the "Notice of Motion for an Order Accepting Notice of Petition for Certification Filed 'As Within Time,'" treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.